# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JERRY PARKINSON and LINDA ROBERTS, individually and on behalf of a Class of similarly situated Washington families,

      Plaintiffs,

    v.

FREEDOM FIDELITY MANAGEMENT, INC., a California corporation, dba FREEDOM FINANCIAL MANAGEMENT; and ALLIANCE8, INC., a Nevada corporation,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-345-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered against Defendants Freedom Fidelity Management and Alliance8, Inc. in favor of Plaintiffs as class representatives in the total amount of $1,154,206.46 (comprised of actual damages in the amount of $909,106.02, prejudgment interest in the amount of $110,587.14, attorney's fees in the amount of $134,151.05 and costs in the amount of $362.25).  Interest shall accrue on the unpaid balance at the statutory rate for federal judgments, 28 USC § 1961.

Any funds collected on the Judgment shall be deposited into the Court Registry immediately upon receipt.  Plaintiffs shall not distribute any portion of any funds collected without further Order of the Court.

Without affecting the finality of this Judgment, the Court reserves jurisdiction over this Judgment in order to allocate those funds collected toward satisfaction of this Judgment.

| | |
|---|---|
| October 19, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |